# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: University at Buffalo Young Americans for Freedom v. University at Buffalo Student Association   Docket No.: 25-140

Lead Counsel of Record (name/firm) or Pro se Party (name): Cody S. Barnett
Alliance Defending Freedom

Appearance for (party/designation): University at Buffalo Young Americans for Freedom; Justin Hill; Amelia Slusarz / Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
  Parties: _____
( ) Incorrect.   Please change the following parties' designations:
  Party                                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Cody S. Barnett
Firm: Alliance Defending Freedom
Address: 44180 Riverside Pkwy, Lansdowne, VA 20176
Telephone: (571) 707-4655          Fax: (571) 707-4656
Email: cbarnett@adflegal.org

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/ Cody S. Barnett
Type or Print Name: Cody S. Barnett
     OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.