# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: UB Young Americans for Freedom v. UB Student Ass'n    Docket No.: 25-140

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sarah L. Rosenbluth

Firm: New York State Office of the Attorney General

Address: 350 Main Street, Suite 300A, Buffalo, New York 14202

Telephone: (716) 853-8407    Fax:

E-mail: sarah.rosenbluth@ag.ny.gov

Appearance for: Defendants-appellees Brian Hamluk, Phyllis Floro, Tomas Aguirre
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Barbara D. Underwood, New York State Office of the Attorney General)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 28, 2024    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Sarah L. Rosenbluth

Type or Print Name: Sarah L. Rosenbluth, Assistant Solicitor General