# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand twenty-five.

Before:     William J. Nardini,
               *Circuit Judge.*

---

| | |
|---|---|
| University at Buffalo Young Americans for Freedom, Justin Hill, Amelia Slusarz, | **ORDER** |
|     Plaintiffs-Appellants, | Docket No. 25-140 |
| v. | |
| University at Buffalo Student Association Inc., Brian Hamluk, in his official capacity as the UB Vice President for Student Life, Phyllis Floro, in her official capacity as the UB Director of Student Engagement, Tomas Aguirre, in his official capacity as the University at Buffalo Dean of Students, | |
|     Defendants-Appellees. | |

---

     Appellees jointly move for a 30-day extension, until May 15, 2025, to file their response briefs.

     IT IS HEREBY ORDERED that the motion for a 30-day extension is GRANTED.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court