UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-140

**Caption [use short title]**

**Motion for:** an extension of time to file appellees' briefs.

Set forth below precise, complete statement of relief sought:

Joint motion by appellees UB Student Association, Inc.; Brian Hamluk; Tomas Aguirre; and Phyllis Floro for 30-day extension of time to file all appellees' briefs. Appellants consent to an extension of 14 days.

UB Young Americans for Freedom v. UB

**MOVING PARTY:** All appellees  
**OPPOSING PARTY:** All appellants

☐ Plaintiff  ☑ Defendant  
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Sarah L. Rosenbluth  
**OPPOSING ATTORNEY:** Chris Schandevel

[name of attorney, with firm, address, phone number and e-mail]

New York State Office of the Attorney General  
350 Main Street, Suite 300A, Buffalo, New York 14202  
(716) 853-8407 sarah.rosenbluth@ag.ny.gov

Alliance Defending Freedom  
44180 Riverside Parkway, Landsdowne, Virginia 20176  
(571) 707-4655 cschandevel@adflegal.org

**Court-Judge/Agency appealed from:** W.D.N.Y. Lawrence J. Vilardo, U.S.D.J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:  
☑ Unopposed  ☐ Opposed  ☐ Don't Know  
Does opposing counsel intend to file a response:  
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**  
Has this request for relief been made below?  ☐ Yes  ☐ No  
Has this relief been previously sought in this court?  ☐ Yes  ☐ No  
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)  
Has argument date of appeal been set?  ☐ Yes  ☑ No If yes, enter date:

**Signature of Moving Attorney:**  
/s/ Sarah L. Rosenbluth   Date: March 17, 2025   Service by:  ☑ CM/ECF  ☐ Other [Attach proof of service]

/s/ Aaron M. Saykin

Form T-1080 (rev.12-13)



**Office of the New York State Attorney General**

**Letitia James Attorney General**

May 8, 2025

Catherine O'Hagan Wolfe (via ACMS)
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *UB Young Americans for Freedom v. UB Student Association*,
     No. 25-140

Dear Ms. Wolfe:

I represent defendants-appellees Brian Hamluk, Tomás Aguirre, and Phyllis Floro (the University Administrators) in the above matter. I submit this letter in support of appellees' joint motion for a 14-day extension of the time to submit appellees' briefs. I have conferred with counsel for defendant-appellee UB Student Association, who joins in this request. The University Administrators and the UB Student Association intend to file separate briefs but believe a coordinated briefing schedule would best serve judicial economy.

We are requesting an extension in light of a recent catastrophic fire in the building adjoining the law office of counsel for the UB Student Association. The fire caused severe damage to the law office and has been very disruptive, preventing counsel from accessing the office for several weeks. Additionally, counsel for the University Administrators is currently handling time-sensitive election-related litigation in New York state court, which will likely be argued before the New York Court of Appeals on May 13, 2025.

I have conferred for counsel for appellants, who has requested that I include the following language in this letter: "Counsel for Plaintiffs-Appellants stated that they consent to the Court granting this motion for a 14-day extension of time, given the extraordinary circumstances resulting from the

Catherine O'Hagan Wolfe
May 8, 2025
Page **2** of **2**

fire mentioned above. Given the expedited nature of this appeal and to protect their clients' rights, counsel also stated that they do not intend to consent to future extension motions absent equally extraordinary circumstances."

Thank you for your consideration to this matter.

                          Respectfully submitted,

                          */s/ Sarah L. Rosenbluth*

                          Sarah L. Rosenbluth
                          Assistant Solicitor General
                          (716) 853-8407

cc:    Counsel of record (via ACMS)